

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2007

**SO ORDERED**

By Facsimile – 212-805-6737

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*/s/ George B Daniels*
HON. GEORGE B. DANIELS
DEC 1 1 2007

Re: United States v. Rudy Rodriguez, et al., 07 Cr. 1107 (GBD)

Dear Judge Daniels:

    The Grand Jury returned an Indictment in this case on Wednesday, December 5, 2007, and it was wheeled out to Your Honor that day. I enclose a copy of the Indictment for Your Honor's files. Your Honor has referred this matter to Magistrate's Court for arraignment and Speedy Trial Act purposes. Because of scheduling issues for the parties, the defendants will not be arraigned until Thursday, December 13, 2007, at the earliest. Accordingly, the parties request that time be excluded under the Speedy Trial Act between now and December 13, 2007. This will also allow the Government to begin gathering discovery in anticipation of production to the defendants.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

cc: George Goltzer, Esq.
    Roy Kulchar, Esq.