**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York New York 10007*

December 21, 2007

By Facsimile – 212-805-6737

**SO ORDERED**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

HON. GEORGE B. DANIELS

JAN 0 3 2008

Re:   United States v. Rudy Rodriguez, et al., 07 Cr. 1107 (GBD)

Dear Judge Daniels:

The above indictment was returned on December 5, 2007, and Your Honor referred the matter to Magistrate's Court for arraignment and Speedy Trial Act purposes. While defendant Alexander Rodriguez has been arraigned and consented to the exclusion of time until January 12, 2008, defendant Rudy Rodriguez has not been arraigned, given scheduling difficulties with the parties. Defense counsel has, however, agreed to postpone defendant Rudy Rodriguez's arraignment until the initial conference set before Your Honor, and to consent to the exclusion of time until then.

I have spoken with Your Honor's deputy and arranged for an initial conference of January 10, 2008 at 10:00 a.m. As noted above, the Government requests that time be excluded until the Speedy Trial Act between now and January 10, 2008, so that the Government can continue to gather and produce discovery, and so that the parties can continue to engage in discussions regarding a disposition of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

cc:   George Goltzer, Esq.
Roy Kulschar, Esq.