

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**SO ORDERED**

January 8, 2008

*[signature: George B. Daniels]*

HON. GEORGE B. DANIELS

JAN 0 9 2008

By Facsimile – 212-805-6737

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Rudy Rodriguez, et al.</u>, 07 Cr. 1107 (GBD)

Dear Judge Daniels:

        The parties request that the initial conference in this matter, set for January 10, 2008, be adjourned for a period of approximately one week, until January 16, 2008 at 10:30 a.m. The reason for this request is that one of the defense counsel has a conflict with this Thursday's conference. In addition, the Government is still in the process of gathering relevant discovery to be produced in this case, which should be accomplished by next week.

        The Government also requests that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the Government to continue to gather discovery, and because the additional time will allow the parties the opportunity to engage in discussions regarding a possible disposition of this matter.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By:    *[signature]*
        Christopher L. LaVigne
        Assistant U.S. Attorney
        (212) 637-2325

cc:    George Goltzer, Esq.
        Roy Kulschar, Esq.