UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALEXANDER RODRIGUEZ,

              Defendant.

ORDER
07 CR 01107 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant is released today on modified bail conditions.

Dated: March 6, 2008
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge