**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED APR 24 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2008

By Facsimile – 212-805-6737

**SO ORDERED**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**

APR 24 2008

Re:   United States v. Rudy Rodriguez, et al., 07 Cr. 1107 (GBD)

Dear Judge Daniels:

    The Government writes to request that tomorrow's conference be adjourned for a period of approximately one month, until May 15, 2008 at 10:30 a.m. The reason for this request is that George Goltzer, one of the defense counsel, has a conflict with tomorrow's conference. I have spoken with Roy Kulscar, Esq., the other defense counsel in this case, who also consents to this adjournment.

    The Government also requests that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties the opportunity to engage in discussions regarding a possible disposition of this matter. Counsel for both defendants consent to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   */s/ Christopher L. LaVigne*

Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

cc:   George Goltzer, Esq.
      Roy Kulscar, Esq.