[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: / DATE FILED: AUG 2 0 2008]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2008

**SO ORDERED**

*[signature: George B. Daniels]*

**HON. GEORGE B. DANIELS**

AUG 2 0 2008

By Facsimile – 212-805-6737

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Rudy Rodriguez, et al., 07 Cr. 1107 (GBD)

Dear Judge Daniels:

The Government writes to Your Honor on behalf of the parties to request that tomorrow's conference in the above matter be adjourned for a period of about one month. Both defense counsel concur with this request, which is made so the parties can continue negotiating a disposition in this matter. I spoke with Your Honor's law clerk and have been informed that September 16, 2008 at 10:30 a.m. is an available time for the Court.

The Government also requests that time be excluded under the Speedy Trial Act until September 16, 2008. The Government submits that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties the opportunity to finalize discussions regarding a possible disposition of this matter. Counsel for both defendants consent to this request. The Government has accordingly enclosed the attached Order for Your Honor's consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   *[signature]*
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

cc:   George Goltzer, Esq.
      Roy Kulscar, Esq.